SAMUEL T. GUILFORD, Appellant, *v.* JOSEPH B. MILLS, as Sheriff, etc., Respondent.

(Argued January 17, 1893; decided February 7, 1893.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made March 15, 1892, which reversed a judgment in favor of plaintif entered upon a decision of the court on trial at Special Term and granted a new trial.

*Edgar T. Brackett* for appellant.

*L. H. Northrup* for respondent.

Agree to affirm order and for judgment absolute in favor of defendant on stipulation; no opinion.

All concur.

Order affirmed and judgment accordingly.